**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JOHN BELLETTI,

          Petitioner,

    v.

W.L. MONTGOMERY, Warden,

          Respondent.

Case No. CV 13-0985 AB (SS)

**JUDGMENT**

    Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: November 25, 2015

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE